IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,          :

        Plaintiff,                :

          v.                     :          Case No.   3:19cr4

JERMICHAEL MALCOLM,                 :          JUDGE WALTER H. RICE

        Defendant.                :

---

## ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE

---

It is the order of this Court that Defendant be furloughed from the Montgomery County

Jail at 10:00 a.m. on Thursday, March 21, 2019 to be transported by Kimberly Malcolm, whose

address is 3821 West Second Street, Dayton, Ohio 45417 and phone number is 937-829-1182,

directly to Tobias Funeral Home – Belmont Chapel, 648 Watervliet Avenue, Dayton, Ohio, to

attend the funeral of his grandmother, Ruby Kinney, which is scheduled to begin at 11:00 a.m.

Kimberly Malcolm is then to return Jermichael Malcolm to the Montgomery County Jail, not

later than 6:00 p.m. on the aforesaid, March 21, 2019. It is the request of this Court that the

personnel at the Montgomery County Jail do all in their power to facilitate the carrying out of

this Order.

March 20, 2019

                                     WALTER H. RICE
                                     UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Montgomery County Jail